867 F.2d 1062
 48 Fair Empl.Prac.Cas. 1608,
49 Empl. Prac. Dec. P 38,655
Johnnie GILBERT, Horace Walters, Andrew Lockhart, and Billy
O'Donald, Appellants/Cross-appellees,
v.
The CITY OF LITTLE ROCK, ARKANSAS; The Civil Service
Commission of the City of Little Rock, Arkansas; Walter E.
"Sonny" Simpson, individually and in his official capacity
as Chief of Police of the City of Little Rock, Arkansas;
and Carlton E. McMullin, individually and in his official
capacity as City Manager of the City of Little Rock,
Arkansas, Appellees/Cross-appellants,
Julius Bryant, Jack Matlock, Mixie Alexander, Jesse Briscoe,
Grady Anthony, Marcella Wilson, and Larry
Bazzelle, Intervenors-Below.
 Nos. 87-2128, 87-2189.
 United States Court of Appeals,
Eighth Circuit.
 Submitted Dec. 8, 1988.
Decided Jan. 27, 1989.
 
 Appeals from United States District Court for the Eastern District of Arkansas; Elsijane Trimble Roy, Judge.
 Prior report: 8 Cir., 799 F.2d 1210.
 Before LAY, Chief Judge, HEANEY,* McMILLIAN, ARNOLD, JOHN R. GIBSON, FAGG, BOWMAN, WOLLMAN, MAGILL, and BEAM, Circuit Judges, en banc.
 PER CURIAM.
 
 
 1
 The order of the district court[1] awarding appellants expert witness fees as expenses under 42 U.S.C. Sec. 1988 at the statutory rate of $30 per day, 28 U.S.C. Sec. 1821, for a total award of $900.00,[2] is affirmed by the vote of an equally divided court.
 
 
 2
 The remaining issues are remanded to the original panel for decision.
 
 
 
 *
 The HONORABLE GERALD W. HEANEY assumed senior status on January 1, 1989
 
 
 [1]
 The Honorable Elsijane T. Roy, United States District Judge for the Eastern District of Arkansas
 
 
 [2]
 Gilbert v. City of Little Rock, No. LR-C-78-340, slip op. at 9-10 (E.D.Ark. Aug. 7, 1987) (order), citing Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 107 S.Ct. 2494, 96 L.Ed.2d 385 (1987)